JEAN BLUE, Appellant, v. BELL TRANSPORTATION SYSTEM, INC., et al., Respondents.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

H. L. MIHIC & Co., INC., Respondent-Appellant, v. VINCENT A. CARBERRY et al., Appellants-Respondents.— No opinion. The dates for the examinations to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

ROSE KATZ, Respondent-Appellant, v. IRA G. KATZ, Appellant-Respondent.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

JACK ROLLINS, Respondent, v. JANET ALTERMAN, Also Known as JANET A. KENNEDY, et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See *post*, p. 1089.]

CHARLES A. BERNS, Respondent, v. EASTERN LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— No opinion. Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

MARILYN McGLYNN v. JAMES C. McCARTY.— Concur — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 840.]

ANNE V. DE SAIRIGNE v. FRANK J. GOULD.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *ante*, p. 960.]

REGINA LEVY v. FIREMAN'S FUND INDEMNITY COMPANY. Concur — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 959.]